IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS DEWAYNE LEE,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 11-0686-CG-C |
| **JOHNNY JOHNSON, et al.** : | |
| Defendants. : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 13th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE